AFFIRM; Opinion issued October 10, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01172-CR

### ERVIN JEFFREY JONES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court
Dallas County, Texas
Trial Court Cause No. F09-73020-H**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers
Opinion By Chief Justice Wright

Ervin Jeffrey Jones waived a jury and pleaded guilty to assault involving family violence, with two prior assault-family violence convictions. *See* TEX. PENAL CODE ANN. § 22.01(a) (West 2011). The trial court assessed punishment, enhanced by a prior felony conviction, at five years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

_____
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
111172F.U05

-2-



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ERVIN JEFFREY JONES, Appellant

No. 05-11-01172-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Dallas County, Texas. (Tr.Ct.No. F09-73020-H).
Opinion delivered by Chief Justice Wright, Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered October 10, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE